**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 22-6393**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL GORBEY,

Defendant - Appellant.

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Joseph R. Goodwin, District Judge.  (5:21-cr-00214-1)

Submitted:  July 10, 2023                                          Decided:  July 17, 2023

Before KING, AGEE, and RICHARDSON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Michael S. Gorbey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Gorbey seeks to appeal the district court's order granting the Government leave of court to dismiss the indictment without prejudice pursuant to Fed. R. Crim. P. 48(a). We may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292. "This final judgment rule requires 'that a party must ordinarily raise all claims of error in a single appeal following final judgment on the merits.'" *Flanagan v. United States*, 465 U.S. 259, 263 (1984). "In a criminal case the rule prohibits appellate review until conviction and imposition of sentence." *Id*.; *see also United States v. Sueiro*, 946 F.3d 637, 639 (4th Cir. 2020).

The order that Gorbey seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Parr v. United States*, 351 U.S. 513, 518-21 (1956); *United States v. Under Seal*, 853 F.3d 706, 717 (4th Cir. 2017). Accordingly, we dismiss the appeal for lack of jurisdiction, and we deny the pending motions as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*